**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Clay A. Blake, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2010-155846

---

ON WRIT OF CERTIORARI

---

Appeal From Georgetown County
Benjamin H. Culbertson, Circuit Court Judge

---

Memorandum Opinion No. 2012-MO-025
Submitted May 2, 2012 – Filed June 27, 2012

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Robert Michael Dudek, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Chief Deputy
Attorney General John W. McIntosh, Senior Assistant
Deputy Attorney General Salley W. Elliott, and Christina
J. Catoe, all of Columbia, for Respondent.

---

**PER CURIAM:** After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED**.

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**